UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X        # 08 CR 264 (JFK)
UNITED STATES OF AMERICA            :

         -V-                                             :

Jose Alicea                                              :
------------------------------------------------X

Please be advised that the ~~conference~~/sentence scheduled for **June 2, 2008** has been rescheduled to **July 2, 2008** at **9:45 a/m** in Courtroom 20-C. The time is excluded.

SO ORDERED.

Dated: New York, New York
       May 5, 2008

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-08