## PAGÁN & PAGÁN

*Attorneys At Law*
*2116 Williamsbridge Road*
*Bronx, New York 10461*
*(718) 993-1598*
*Fax: (718) 792-7645*
*www.ramonpaganlaw.com*
*rpaganlaw@gmail.com*

Ramón W. Pagán, Esq.
Ramón A. Pagán, Esq.

**MEMO ENDORSED**

Via Federal Express

April 30, 2008

Honorable Judge John F. Keenan
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:  **USA v. Alicea, Jose**
     **08 cr 00264 JFK**

Judge Keenan:

> The request is granted. Defendant's motions are due by June 5, 2008. The Government's response is due by June 19, 2008. Defendant's reply is due by June 26, 2008. The time is excluded.
> SO ORDERED.
> Dated: New York, New York
> May 5, 2008.
>
> /s/ John F. Keenan
> U.S.D.J

On behalf of Mr. Alicea we are requesting that the court grant us an extension of time to file motions.
Our schedules and a private family matter has delayed our ability to draft Mr. Alicea's motions

After consulting with the government, and with their consent, we are requesting a month to file motions and allow the government appropriate time to respond.

Further we are exploring a disposition on behalf of Mr. Alicea.

Respectfully submitted,

Ramón W. Pagán
Counsel for Defendant

cc: Ms. N. Heller, AUSA