USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-18-2008

# PAGÁN & PAGÁN


MEMO ENDORSED

*Attorneys At Law*
*2116 Williamsbridge Road*
*Bronx, New York 10461*
*(718) 993-1598*
*Fax (718) 792-7645*
*www.ramonpaganlaw.com*
*rpaganlaw@gmail.com*

Ramón W. Pagán, Esq.
Ramón A. Pagán, Esq.

VIA OVERNIGHT

June 13, 2008

Honorable John F. Keenan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The briefing schedule is amended as follows: defendant's motion is due by August 5, 2008. The Government's response is due by August 19, 2008. Defendant's reply, if any, is due by August 26, 2008. The status conference is re-scheduled to September 3, 2008, at 10:00 a.m. The time is excluded.
> SO ORDERED.
> Dated: New York, New York
> June 18, 2008.
>
> _/s/ John F. Keenan_
> U.S.D.J.

Re:   <u>United States v. Jose Alicea 08-cr-264 (JFK)</u>

Honorable Judge Keenan,

After discussions with the government, and with its consent, we respectfully request that defendant Jose Alicea's time to file motions be extended and the case be extended two months. I request this time because of family circumstances and an unforeseen schedule that included my travel to Central America and Florida on other federal matters. This time will also serve to allow both parties to continue the ongoing negotiations for a possible disposition in this case.

Both parties request that the time for the above adjournment be excluded for speedy trial purposes.

Thank you for your consideration and patience.

Respectfully submitted,

_/s/ Ramon W. Pagan_
Ramon W. Pagan
Counsel for Defendant Alicea

Cc:   Nola Heller, Esq. A.U.S.A. (via overnight)